UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X,

KASHAYLA JACKSON, on behalf of herself
and all others similarly situated,,

        Plaintiff,

-against-

IMMEDIATE CREDIT RECOVERY,

        Defendants.

-------------------------------------------------X

Case No. 1:18-cv-01983

STIPULATION OF DISMISSAL WITH PREJUDICE

*So ordered.*
*s/ ERK*
*USDJ*
*7/31/18*

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 08 2018 ★
BROOKLYN OFFICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kashayla Jackson ("Plaintiff") and Defendant Immediate Credit Recovery ("Defendant"), by and through their respective Counsel of record file this Stipulation of Dismissal with Prejudice on account of settlement and in support thereof state as follows:

1. Because of disputes over liability and damages and because of the uncertainties of litigation, Plaintiff and Defendant have compromised and settled all claims and causes of action that were or could have been asserted by Plaintiff against Defendant and by Defendant against the Plaintiff arising out of or in any way related to the matters raised in the above captioned action, filed under case no. 1:18-cv-01983. Plaintiff no longer wishes to pursue this action against Defendant and withdraws her claim with prejudice. There is no counterclaim.

2. Each party entered into the settlement agreement voluntarily and knowingly, and understands fully the meaning and effect of its executing said agreement. The parties agree that the terms of the settlement agreement are just and fair.

3. The parties agree that this action should be dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs.

Dated: July 17, 2018

Respectfully submitted,

Edward B. Geller, Esq., P.C.

By /s/Edward B. Geller, Esq.

15 Landing Way

Bronx, New York 10464

Tel: (914)473-6783

Attorney for Plaintiff

/s/ Richard J. Perr, Esq.

Fineman Krekstein & Harris

Ten Penn Center

1801 Market Street, Ste. 1100

Philadelphia, PA 19103

Tel: (215)893-8724

Attorney for Defendant